UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL **JS-6**

| | | | |
|---|---|---|---|
| Case No. | **CV 25-1523-AH(AYPx)** | Date | JUNE 3, 2026 |
| Title | Kachuck Enterprises et al v. Mission Produce, Inc. et al | | |

| | |
|---|---|
| Present: The Honorable | ANNE HWANG, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Yolanda Skipper | COURT SMART |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Kim E. Richman, via zoom | Andrew J. Soukup, via zoom<br>Mohammad Keshvarzi<br>Shawn Obi<br>Garrett Donnelly |

**Proceedings:** **HEARING RE: JOINT MOTION TO DISMISS SECOND AMENDED COMPLAINT [71]**

The case is called and counsel state their appearances. The Court and counsel confer.

Following discussion with the parties, the Court advises counsel that the joint motion to dismiss[71], is hereby granted in part, denied in part and the Court will now dismiss the case without leave to amend per the statements made today on the record.

IT IS SO ORDERED.

cc: all parties

__: 20