UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KACHUCK ENTERPRISES, on behalf of themselves and all others simialrly situated; et al.,

Plaintiffs - Appellants,

v.

MISSION PRODUCE, INC.; et al.,

Defendants - Appellees.

No. 26-4304

D.C. No.
2:25-cv-01523-AH-AYP
Central District of California,
Los Angeles

ORDER

Counsel Kim Richman filed the notice of appeal in the district court and is listed as counsel of record for appellants on this court's docket. While the mediation questionnaire is signed by Norman Kachuck, counsel Richman filed the mediation questionnaire using his e-filing account.

Because Richman is counsel for appellants, only he may file documents on appellants' behalf and only he may appear at the mediation conference on August 4, 2026. To the extent that Richman is no longer counsel for appellants, new counsel must enter an appearance. *See e.g.*, *D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973-74 (9th Cir. 2004) (quoting *Licht v. Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994))(" [c]orporations and other unincorporated associations must appear in court through an attorney.").

Within 14 days after this order, counsel Richman must file a status report to clarify appellants' representation status or a motion to withdraw as counsel.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT